UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| EDNA CORMIER | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SEC. |
| | * | |
| INTERMOOR, INC. | * | MAGISTRATE |

**12-1676**

**SECT. B MAG. 2**

*********************************************************************

COMPLAINT UNDER THE JONES ACT AND GENERAL MARITIME LAW

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

1.

This action is based upon the general maritime law and the Jones Act, (46 U.S.C. Sec. 686) as hereinafter more fully appears:

2.

Plaintiff, EDNA CORMIER, widow of Craig Cormier, resides and was domiciled in Lafayette, Louisiana at the time of his accident; defendant INTERMOOR, INC. is a foreign corporation organized under laws other than the State of Louisiana and doing business in this Parish and State and, at all pertinent times hereto, was the Jones Act and Maritime employer of Craig Cormier, at the time of this accident.

3.

At all pertinent times hereto, the defendant, INTERMOOR, INC. Employed the decedent, Craig Cormier as a vessel coordinator to work on and service vessels; Cormier was shot and killed on or about January 27, 2012 on a boardwalk in the eastern state of Sucre, Venezuela while

he was on call to repair a vessel, the M/V Turguoise, which services an offshore rig owned by Petroleos de Venezuela.

4.

The defendant, INTERMOOR, INC. and/or its agents and crew are guilty of negligence in failing to provide CRAIG CORMIER with a safe place to work and with an adequately trained crew who could have avoided his injuries; defendant, INTERMOOR, INC. had an absolute and non-delegable duty to provide security to Craig Cormier because they had direct knowledge that violent street crime was rampant in Venezuela, that the hotel where he was quartered was unsafe and that the murder rate had more than doubled in the last 13 years.

6.

As a direct and proximate cause of the negligence of the defendant, EDNA CORMIER, widow of Craig Cormier, sustained the following; loss of services, damages due to wrongful death.

7.

Petitioner itemizes her damages as follows:

Past, present and future lost wages - $1,500,000.00

Wrongful death - $2,000,000.00

TOTAL - $3,500,000.00

8.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, EDNA CORMIER demands judgment against defendant, INTERMOOR, INC. in the full sum of THREE MILLION FIVE HUNDRED THOUSAND AND NO/100 ($3,500,000) DOLLARS together with legal interest thereon from date of judicial demand until

paid, for trial by jury and for all general and equitable relief.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiff, EDNA CORMIER

PLEASE SERVE:

INTERMOOR, INC.
Through its agent for service of process:
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808